1  MICHAEL COSENTINO, State Bar No. 83253
   Attorney at Law
2  P.O. Box 129
   Alameda, CA 94501
3  Tel: 510-523-4702

4  Attorney for the Plaintiff
   United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Case No. CV 08 3254 SLM |
|---|---|
| Plaintiff, | ) |
| vs. | ) |
| JIM PITTMAN aka JIM W. PITTMAN aka JAMES W. PITTMAN, | ) DISMISSAL WITHOUT PREJUDICE<br>) Rule 41(a) FRCP |
| Defendant. | ) |

TO THE CLERK OF THE ABOVE ENTITLED COURT:

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, you are hereby authorized and directed to enter herein a Dismissal Without Prejudice.


Dated: September 3, 2008                    _____/S/_____
                                            MICHAEL COSENTINO
                                            Attorney for the Plaintiff
                                            United States of America